# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

July 12, 2021

<u>**Via ECF**</u>

Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Kate Haggerty v. Integrated Medical Professionals, PLLC et al
             1:21-CV-04910-AT

Dear Judge Torres:

    We represent the Plaintiff in the above-referenced action. I write to affirm, under the penalties of perjury, that, on July 9, 2021, in accordance with the Court's Order of July 9, 2021, I served the Court's Initial Pretrial Scheduling Order on counsel for Defendants.

                                          Respectfully yours,

                                          DAVIDA S. PERRY

cc:    Kimberly Harding, Esq. – via email