```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/28/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KATE HAGGERTY,

                      Plaintiff,

-against-                             21 Civ. 4910 (AT)

INTEGRATED MEDICAL PROFESSIONALS,
PLLC, DEEPAK KAPOOR, M.D., & PHILLIP       **ORDER**
CHADEE,

                      Defendants.

ANALISA TORRES, District Judge:

    In light of the mediation scheduled for October 26, 2021, by **November 9, 2021**, the parties shall submit an updated joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 28, 2021
       New York, New York

                                                          ANALISA TORRES
                                             United States District Judge