```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATE HAGGERTY,

                     Plaintiff,

-against-

INTEGRATED MEDICAL PROFESSIONALS, PLLC, DEEPAK KAPOOR, M.D., & PHILLIP CHADEE,

                     Defendants.

21 Civ. 4910 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference in this matter scheduled for November 22, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: November 19, 2021
       New York, New York

                                                  ANALISA TORRES
                                            United States District Judge