UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATE HAGGERTY,<br><br>                Plaintiff,<br><br>v.<br><br>INTEGRATED MEDICAL PROFESSIONALS, PLLC, DEEPAK KAPOOR, M.D., and PHILLIP CHADEE,<br><br>                Defendants. | Case No. 1:21-cv-4910<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that any and all claims filed herein by Plaintiff against Defendants should be and hereby are dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

STIPULATED AND AGREED TO:

By: _____
Davida Perry, Esq.
**SCHWARTZ PERRY & HELLER LLP**
3 Park Avenue, Suite 2700
New York, NY 10016
Phone: (212) 889-6565
E-mail: dperry@sphlegal.com
Attorneys for Plaintiff

Dated: December 27, 2021

By: _____
Colleen P. Tandy, Esq.
**FISHER & PHILLIPS LLP**
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07075
Phone: (908) 516-1050
E-mail: ctandy@fisherphillips.com
Attorneys for Defendants

Dated: 1-14-22